[No. 2201-1. Division One. February 11, 1974.]

*In the Matter of the Guardianship of* GRANT W. NORTHORP.

Appeal from a judgment of the Superior Court for King County, No. G-2711, Howard J. Thompson, J., entered February 23, 1973. *Dismissed* by unpublished opinion per Williams, J., concurred in by Swanson, C.J., and Callow, J.

[No. 1883-1. Division One. February 11, 1974.]

GENE EDWARD KLEIN, *Respondent,* v. THE DEPARTMENT OF MOTOR VEHICLES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 710937, Joseph H. Johnston, J., entered August 1, 1972. *Remanded* by unpublished opinion per Williams, J., concurred in by Swanson, C.J., and Callow, J.

[No. 1804-1. Division One. February 11, 1974.]

JACK R. BROTHERS *et al., Respondents,* v. ARCHIE L. BRENDEN *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 747685, James W. Mifflin, J., entered May 31, 1972. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson, C.J., and Callow, J.

[No. 692-3. Division Three. February 11, 1974.]

JOHN F. GEMMILL *et al., Appellants,* v. BERNARD M. WHITE *et al., Respondents.*

Appeal from a judgment of the Superior Court for Ferry County, No. 4857, James R. Thomas, J., entered June 12, 1972. *Affirmed* by unpublished per curiam opinion.